IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TOMMY EARL JORDAN,           )<br>       Plaintiff,           )<br>vs.                           )<br>                              )<br>DAVID BROWN, Chief of Police, et. al,  )<br>       Defendants.           ) | No. 3:12-CV-2169-N-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** Plaintiff's *Application to Proceed In District Court Without Prepaying Fees or Costs*, received July 9, 2012 (doc. 5). By separate judgment, the Court summarily dismisses this action as barred by 28 U.S.C. § 1915(g).

**SIGNED** this 17th day of August, 2012.

_____
**UNITED STATES DISTRICT JUDGE**